# EXHIBIT A

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

CARVANA LLC

Location
1930 W RIO SALADO PKWY
TEMPE, AZ 85281

Requested On
09/22/2022

Phone
(800) 333-4554

# EXHIBIT B

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**CARVANA LLC**
Inquired on
09/22/2022

3/18/23, 4:38 PM

1621 W RIO
SALADO PKWY
TEMPE AZ,
85281

Auto loan. This
inquiry is
scheduled to
continue on record
until Oct 2024.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit.

**CARVANA**
Inquired on
09/22/2022

4020 E INDIAN
SCHOOL RD,
PHOENIX AZ
85018
(602) 667-2476

**CARVANA, LLC**
Inquired on
09/22/2022

1621 W RIO
SALADO PKWY,
TEMPE AZ
85281

**CARVANA, LLC**
Inquired on
09/22/2022

1621 W RIO
SALADO PKWY,
TEMPE AZ
85281

EXHIBIT C

# FINANCE ONLINE WITH CARVANA

Financing with Carvana makes it even easier to get into the car that's right for you. By pre-qualifying for a Carvana auto loan, you can browse our expansive inventory of vehicles with completely personalized financing terms without impacting your credit score.



GET PRE-QUALIFIED

**Have questions?**

Get answers in a snap with our Finance FAQ below. 



## WHY GET PRE-QUALIFIED WITH CARVANA?

### IT'S FAST



Complete a short, two-minute form and get terms instantly without impacting your credit score.





**If I get pre-qualified through Carvana, does it impact my credit?**    ⌃

No. When you pre-qualify with Carvana, you see real, personalized terms without affecting your credit score. Though your terms will not change, we do complete a formal credit inquiry when you schedule your delivery or pickup.

---

How long are my Carvana Financing terms good for?    ⌄

---

Will my Carvana Financing terms change?    ⌄

---

If I have bad credit, can I still finance my purchase through Carvana?    ⌄

---

How is my order verified if I am financing with Carvana?    ⌄

---

Can I use my bank or credit union to finance my purchase?    ⌄

---

When is my down payment due?    ⌄

---

What are my options if I can't afford my down payment?    ⌄

---

Can I use a credit card for my down payment?    ⌄

---

Can I pay more than the required amount for my down payment?    ⌄

---

When is my first monthly payment due?    ⌄

---

What is the benefit of enrolling in Auto Pay?    ⌄

---

Can I split my down payment into multiple payments?    ⌄

---

Can I use a credit card for my monthly payment?    ⌄

---